(87 South. 571)

**BRADFORD et al. v. LITTLE CAHABA COAL CO. (2 Div. 743.)**

(Supreme Court of Alabama. Jan. 21, 1921.)

Appeals from Circuit Court, Bibb County; B. M. Miller, Judge.

Action in unlawful detainer by the Little Cahaba Coal Company, against Charles Bradford and others. From judgments for plaintiff, defendants appeal. Affirmed.

Frank S. White & Sons, of Birmingham, for appellants.

Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Carried under this number are 95 appeals, all involving the same question, and which by agreement of counsel are to be determined by the test case of Thornton Cleveland v. Little Cahaba Coal Co., ante, p. 369, 87 South. 567.

Each appeal is affirmed on the authority of Thornton Cleveland v. Little Cahaba Coal Co., ante, p. 369, 87 South. 567.